PER CURIAM.
The state appeals the trial court’s order granting Jimmie Lee Bailey’s (defendant) motion to correct an illegal sentence.[1] We affirm.
Although the written plea agreement .refers only to second-degree murder, makes no reference to a firearm, and calls for the sixty-year sentence now complained of, the subsequent sentencing colloquy and the judgment establish that the defendant was actually adjudicated guilty of second-degree murder with a firearm. If this was done in error, the state should have sought to correct it. Section 775.087(l)(a), Fla. Stat. (1989), mandates that the crime be reclassified as a life felony because a firearm was used in the commission of the murder. See Farmer v. State, 672 So.2d 639 (Fla. 5th DCA 1996).
AFFIRMED.
GRIFFIN, C.J., and DAUKSCH and ANTOON, JJ., concur.

. Fla. R.Crim. P. 3.800(a).